# IN THE SUPREME COURT OF THE STATE OF NEVADA

PREMIER ONE HOLDINGS, INC.,
                    Appellant,
            vs.
BANK OF AMERICA, N.A., A
NATIONAL BANKING ASSOCIATION,
                    Respondent.

No. 77979

**FILED**

JUN 1 8 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Ronald J. Israel, District Judge
       Hong & Hong
       Akerman LLP/Las Vegas
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

19-26266